FILED
LODGED
JUL 2 5 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Michael Allens-El,
                    Plaintiff

-v-

S. Arnold, Wardens of N.B.C.I.,
Case Manager, Miller L N.B.C.I
Individually and in their official
capacities,
                    Defendants.

COMPLAINT
Civil Action No.:

## 1 JURISDICTION & VENUE

1) This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state laws, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Allen-El, seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Allens-El's claims for injunctive relief are authorized by 28 U.S.C. Sections 2283 and 2284 and Rule 65 of Federal Rules of Civil Procedure. The court has supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. Section 1367.

2) The District of Maryland is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

1 of

1 of 38

## II PLAINTIFF

3) Plaintiff Michael Allen-El, is and was at all times mentioned herein a prisoner of war of the State of Maryland in the custody of the Department of Public Safety and Correctional Services (D.P.S.C.S). He is currently confined (Enslaved) in North Branch Correctional Institution (N.B.C.I), in Cumberland, Maryland.

## III DEFENDANTS

4) Defendant S. Arnold is the Warden of N.B.C.I. He is legally responsible for the operation of N.B.C.I. and for the welfare of all the Incarcerated Individuals (I.I.) of that prison (Slave plantations).

5) Defendant Miller is a Case Manager of the Department of Public Safety and Correctional Services (D.P.S.C.S.) who, at all times mentioned in this complaint, held the rank and position of Case Manager and was assigned to N.B.C.I.

6) Each defendant is sued individually and in his (or her) official capacity. At all times mentioned in this complaint Each defendant acted under the color of State laws.

## IV. FACTS

1) NOW COMES, Michael Allen-El, The Supreme Grand

2 of 38

Emperor of and for the Moorish Science Temple of America, in and at Md. Div. of Corrections and N.B.C.I., in its de jure capacity as a Religious institution, and say that:

8) I am Michael Allen-El. I am a Moorish Moroccan Amexemite Asiatic Moslem. I am a "Faithful" member and Citizen of and for the M.S.T. of A. in and at Md. Div. of Corrections and N.B.C.I.

9) As a Religious institution, in and at Md. Div. of Corrections and N.B.C.I., the M.S.T. of A. derives its power and authority from the Great Koran of Mohammed to propagate the truth and extend the learning and truth of the Great Prophet of ALI in [and at Md. Div. of Corrections and N.B.C.I.). To appoint and consecrate missionaries of the prophet and to Establish the faith of Mohammed in [and at Md. Div. of Corrections and N.B.C.I.]. SEE: Exhibit A, Religious Affidavit; Form No. 1099 - OUR AUTHORITY.

10) As a Religio-political institution in and at Md. Div. of Corrections and N.B.C.I., the M.S.T. of A. teach "nationality" (i.e., the "status" of belonging to a "particular nation" by "Divine Origin.") and Divine Creed, i.e., Islamism. SEE: See Exhibit A, Exhibit B, The Moorish Science Temple of America - The Divine Constitution and By-Laws, ACT 6; Exhibit C, Questionnaire and Additional Laws for The Moorish-Americans (BY THE PROPHET NOBLE DREW ALI), ACTS 2, 3, 5 and 6; Exhibits D, chp. XXV (25) " A

3 of 38

HOLY COVENANT OF THE ASIATIC NATION;" Chp. XLV (45),
"THE DIVINE ORIGIN OF THE ASIATIC NATIONS,"
Chp. XLVII (47), "EGYPT, THE CAPITAL EMPIRE OF THE
DOMINION OF AFRICA," vs. 1-7, 9-11, and 15-17; and Chp.
XLVIII, (48), "THE END OF TIME AND THE FULFILLING
OF THE PROPHESIES," vs 4-11.

11) As a religio-political institution in and at Md. Div. of
Corrections and N.B.C.I., the M.S.T. of A. is a "body
politic" and has the "power" to "make" and "enforce" their
own laws in and at Md. Div. of Corrections and N.B.C.I.
for the best protections of the M.S.T. of A. in and at Md.
Div. of Correction and N.B.C.I., specifically, and for the
best protections of all Moors, Moorish Nationals, Moorish-
Americans, Moorish Moroccans and all "Faithful" mem-
bers of the M.S.T. of A. in and at Md. Div. of Correction
and N.B.C.I. See: Exhibit A; Exhibit B, ACTS 1, 3, 4, 6 and
7; Exhibit C, ACTS 1-7; Exhibits D, Chp. 25; Chp. 45 vs 1;
Chp. 47 vs 12-15 and Chp. 48 vs 4-11

12) Before I can join or be a member of this M.S.T. of
A., in and at Md. Div. of Corrections and N.B.C.I., I must
"proclaim" my "Nationality" and my "free national name"
within and at Md. Div. of Corrections and N.B.C.I. See:
Exhibit A; Exhibit B, ACTS 1, 4, 6 and 7; Exhibit C, ACTS
3, 6 and 7; Exhibits D, chp. 45 vs 1; chp. 47 vs 12-15, and chp.
48 vs 6-11.

13) Identifying myself, therefore, as Michael ALBEN EL

4 of

4 of 38

on my D.P.S.C.S. Identification Card is not only part of the way I practice and express my religious beliefs and political views by conforming to the mandatory requirements of the M.S.T. of A. in and at Md. Div. of Correction and N.B.C.I., but it is also part of the way I inform the Administration, Staff, Employees, Employers, Volunteers and essential personnel, etc. in and at Md. Div. of Correction and N.B.C.I. and throughout the State of Maryland that I am an "Active member" of and for the M.S.T. of A. in and at Md. Div. of Correction and N.B.C.I. SEE: Exhibit A, Exhibit B, ACTS 1-7; Exhibit C, ACTS 1-7; Exhibits D, chp. 25; Chp. 45; Chp. 47 vs 1-7, 9-17 and chp. 48 vs 4-11; and Exhibit E, D.P.S.C.S. Identification Card issued January 7, 2015 bearing the name "Michael Allen-El."

14.) "El" is my Moorish Surname and National free name. It's my Moorish insignia. By consciously identifying myself as "Michael Allen-El" in and at Md. Div. of Correction and N.B.C.I. (SEE: Exhibit E) informs the Administration, Staff, Employees, Employers, volunteers, and essential personnel, etc. in and at Md. Div. of Correction, N.B.C.I. and throughout all agencies and Departments within the State of Maryland that I am a Moorish Moroccan Amexemite Asiatic Moslem under the Holy and Divine Laws of Prophet Noble Drew Ali, the founder of the uniting of the M.S.T. of A. Further, it also informs them that I am under the "Divine Covenant" of Love, Truth, Peace, Freedom and Justice and that I have a Divine

5. of 38

And National duties and obligations within the M.S.T. of A.
wand at Md. Div. of Corrections and N.B.C.I. to "strickly
preserve" the Holy and Divine Laws of Prophet Nobl's
Dress All, the bringers of the uplang of the M.S.T. of A, in
and at Md. Div. of Corrections and N.B.C.I. SEE: Exhibit
A; Exhibit B, ACTS 1,3,4, 6 and 7; Exhibit C, ACTS 1-7, Ex-
hibits D; Chp. 25; Chp. 45; Chp. 47 vs 9-17; Chp. 48 vs 6-11,
And Exhibit E.

15) Therefore, "El" is used within Md. Div. of Corrections
and N.B.C.I. as a form of Moorish identification., SEE:
Exhibit E.

16) I do not have to go to court and have my name and
Nationality "Changed" in order to be "recognized" and "identi-
fied" in and at Md. Div. of Corrections, N.B.C.I, and throughout
all Agencies and Departments of and for the State of
Maryland is "Michael Allen El" a "Moorish Moroccan." This
is because I am not changing my name or nationality.
I am simply "proclaiming" something that I have always
been just by being "born Moorish." SEE: Exhibit A; Ex-
hibit B, ACTS 4, 6 and 7; Exhibit C, ACTS 6 And 7, Exhibits D,
Chp. 1; "THE CREATION AND FALL OF MAN," Chp. 25; Chp. 45;
Chp. 47 vs 1-7, 9-17 And chp. 48 vs 4-11, And Exhibit E.

17) "Proclaim" does not means "change." "Proclaim" means "to de-
clare clearly, forcefully, and authoritatively." "To say or state
something in a public, official, or definite way." "To declare
or announce something in either speech or writing."

6. of 38

18.) On January 7, 2015, I received my initial D.P.S.C.S. Identification Card. SEE: Exhibit E- The name, DOC # and STD # on the D.P.S.C.S. Identification Card issued 1-7-15 is: Michael Allen-El, DOC#434-266, STD#2330551. SEE: Exhibit E-

19) This particular D.P.S.C.S. Identification Card is important because it was the first D.P.S.C.S. Identification Card received by me under the DOC# 434-266, and the STD#2330357. SEE: Exhibit E- Therefore, someone within Md. Div. of Correction and D.P.S.C.S. not only "recognized" me as being "Michael Allen-El," but they also "identified" me as "Michael Allen-El." SEE: Exhibit E.

20. On January 7, 2015, I did not have or need a "Court Order" showing, proving and/or stating that I "legally changed my name." However, the initial D.P.S.C.S. Identification Card issued to me on 1-7-15 bears my Moorish Divine and National "free name" "El" on it. SEE: Exhibit E. Therefore, any D.P.S.C.S. Identification Card I receive while in Md. Div. of Correction should resemble the initial D.P.S.C.S. Identification Card issued to me on 1-7-15.

21) On January 7, 2015, I "proclaimed" my Moorish Divine and National free name "El" in accordance with the mandatory requirements of the M.S.T. of A. in and its Md. Div. of Correction and N.B.C.I. SEE: Exhibit A, Exhibit B, ACTS 1,3,4,5,6 and 7; Exhibits C, ACTS 6 and 7; Exhibits D, chp.25; chp.45; chp.47

7 of 38

US 9-17; Chp. 48 US 4-11, and Exhibit E.

22.) Again, identifying myself as "Michael Allen-El" on my D.P.
S.C.S. Identification Card is not only part of the way I
practice and express my religious belief and political
views while in and at Md. Div. of Corrections and
N.B.C.I., but it's also part of the way I conform
and adhere to the mandatory requirements of the
M.S.T. of A. in and at Md. Div. of Corrections and
N.B.C.I. See Exhibit A; Exhibit B, ACTS 1,3,4,6 and 7;
Exhibit C, ACTS 6 and 7; Exhibits D; Chp. 25; Chp. 45;
Chp. 47 US 1-7, 9-17, Chp. 48 US 4-11; Exhibit E; SEE Also:
R.L.U.I.P.A. 42 U.S.C.S. sec 2000cc-2000cc-5; Arts. 3 and
6 of the United States Constitution; the 1st, and 14th
Amendments of the U.S. Constitution; The Treaty of
Peace and Friendship between Morocco and The
United States, 1787 (16); And Arts. 2 and 36 of Moe.
Declarations of Rights. None pro tunc. (Laws for them)

23.) On January 7, 2015, my Moorish Divine and National
name and identity was fixed, and established on my D.P.S.C.S.
Identification Card in accordance with the policy and
procedure of Md. Div. of Corrections and D.P.S.C.S. as
they existed on January 7, 2015. Therefore, the
name on my instant D.P.S.C.S. Identification card
issued January 7, 2015 is the standard and criterion
for all new or updated D.P.S.C.S. Identification
Cards for "Michael Allen-El" ___ while committed
to Md. Div. of Corrections, D.P.S.C.S., W.C.I. and
N.B.C.I., etc, under D.O.C # 434-266, and S.I.D. #



230357. SEE; Exhibit E.

24) On June 12, 2025 I was transferred from W.C.I. to N.B.C.I. under the pretext that I was "Michael Allen" and/or "Michael James Allen" a member of the "black" and/or "African-American" "Race." SEE; Exhibits 2, Offender Case Management System (O.C.M.S.) for all Incarcerated Individuals; and Exhibit 1, D.P.S.C.S. Intelligence and Investigation Division; Exhibit 3, Div. of Corrections, Request for Administrative Remedy, June 18, 25, received by the A.R.P. Office and A.R.C. June 23, 2025, Case No. N.B.C.I.- 0947-25.

25.) On June 18, 2025 I filed an Administrative Remedy Procedure challenging my condition of confinement under the names "Michael James Allen" "Michael Allen" who is supposed to be a member of the "black" and/or "African-American" "Race." SEE; Exhibits 2, and #3.

26.) On June 25, 2025 Case Manager Miller came to Housing Unit (H.U.) #4 Tier Cell 9, where I am currently housed. And asked my cell buddy at the time, Kevin Vaughn, Doc #486-454, SID# 4651258, what his last name is and he said "Vaughn." He then asked Vaughn if he had a cell buddy and he said yeah, Case Manager Miller then asked I.I. Vaughn if he had tell his cell buddy to come to the door.

27.) On June 25, 2025 at approximately 7:00 A.M.- 9:50 A.M Case

9 of 38

MANAGER MILLER CAME TO HU-1 B DEX, CELL #7 AND ASKED ME what my "last name" was and I told him it was "ALLEN-EL."

28. At which time Case Manager Miller then presented me with a copy of what appeared to be my A.R.P. filed as June 18, 2025 and asked me to explain to him by what I meant in my A.R.P. because he did not understand it.

29. At which time, I asked Case Manager Miller if he wanted me to read it to him. He said no.

30.) I then asked Case Manager Miller what did the A.R.C. and the A.R.P. office had to say about it and he said that they did not understand it either, that's why they sent it to him.

31.) According to C.O.M.A.R. 12.02.28.10 A 3, if my A.R.P. upon preliminary reviews by the A.R.C. and the A.R.P. office found my A. was lacking information or was not clear enough for them to understand my complaint, procedurally, the action the A.R.P. office and A.R.C. should have done per C.O.M.A.R. 12.02.28.10.3. was dismiss it for procedural reasons, more information is needed before your A.R.P. can be investigated, state what it is they need me to do and when they need me to respond.

32.) I did not RECEIVE Anything from the A.R.C. and A.R.P. office saying that they did not understand my A.R.P. Instead, the A.R.C. and the A.R.P. office sent it to Case MANAGER MILLER to INVES-



10 of 38

to rate the matter per C.O.M.A.R. 12.02.28.10.A.(5)
(c)(i)(ii)(d).

33.) Per C.O.M.A.R. 12.02.28.10.A.5.(i), Case Manager
Miller is the proper person to investigate this matter
because he is the custodian of Incarcerated Individ-
ual(s) records. Case records. See C.O.M.A.R. 12.02.24.07.A.
Therefore, the A.R.C. and the A.R.P. office understood the
nature of my A.R.P. And sent it to the proper investigatory
officer. Case Manager Miller.

34.) Case Manager Miller has access to "A complete physical
description; current photograph; information concerning
the current crime or crimes of which the inmate was
convicted; the sentence or sentences imposed for
the conviction or convictions; The inmate's
prior criminal and juvenile history; Presentence
investigations, parole, probation, and other reports
that have been prepared concerning the inmate; school
records; And other information, records, and reports
concerning the inmate.
    Case Manager Miller can also work with state and
    local officials to obtain information for the in-
    mate case record, for any I.I. in Md. Div. of Cor-
    rection and N.B.C.I. See; Exhibits #_.

35.) Nevertheless, on June 25, 2025 at approxi-
mately 7:00 Am-9:30 A.M, Case Manager asked me
to sum up my argument. I told him that I
was "Michael Allen-El," And he walked away- See:

11 of 38

CCTV cameras for N.B.C.I. A.21 # 1, B tier in the area of cell #7 at applex. 7:00 AM - 7:30 AM.

31.) On June 23, 2025, the A.R.C., the A.R.P. office, Case Manager Miller, the Warden and/or Managing Official were all informed by me via the "Division of Correction Request for Administrative Remedy" that "I am Michael Allen-El the Supreme Grand Sheik & and his the M.S.T. of A, in its de jure capacity as a religious institution in and at Md. Div. of Correction and N.B.C.I., see: Exhibit #3, page 1 of 6.

37.) On June 23, 2025 the A.R.C., the A.R.P. office, Case Manager Miller, the Warden and Managing Official of N.B.C.I. were all informed by me via the "Division of Correction Request for Administrative Remedy" that "I am a Moorish Moroccan Amexemite Asiatic Moslem; and a "Faithful" member/citizen of and for the M.S.T. of A. in and at Md. Div. of Correction and N.B.C.I. see: Exhibit 3, page 2 of 6

38.) On June 23, 2025 I informed the A.R.C., the A.R.P. office, & Case Manager Miller, the Warden and/or the Managing Official via the "Division of Correction Request for Administrative Remedy" that the M.S.T. of A. in and at Md. Div. of Correction and N.B.C.I. "derives its power from the Holy Koran of Mohammed to propagate the "Faith and Extend the learning and truth of the Great Prophet of Ali in America, to appoint and consecrate missionaries of the prophet and to establish

12 of 38

the faith of Mohammed in America." SEE Exhibit 3, page 2 of 6
Note: America includes Md. Div. of Corrections and N.B.C.I.
SEE: Exhibit A.

39) On June 23, 2025 I informed the A.R.P. Office, the A.R.C.,
Case Manager Miller, the Warden and Managing Official At
N.B.C.I., that the M.S.T. of A. in and at Md. Div. of Cor-
rections and N.B.C.I. is a "socio-political institution" that
teach "nationality" (i.e. the "states" it belongs to a
"particular nation" by "Divine Origin.") and has the
"power" to "make" and "enforce" their own Laws in
conjunction with the Holy and Divine Laws of Prophet
Noble Drew Ali, the history of the M.S.T. of A., in and
at Md. Div. of Corrections and N.B.C.I. SEE: Exhibit #
3, page 2 of 6. Note: Since filing my A.R.P. in and at
Md. Div. of Corrections and N.B.C.I., on June 23, 2025,
I've learned that the M.S.T. of A. is a "Religio-political
institution and organization."

40) On June 23, 2025 I informed the A.R.P. Office, the A.R.C., Case
Manager Miller, the Warden and the managing official at
N.B.C.I., that the M.S.T. of A. has the "power" to "make" and
"enforce" their own laws in and at Md. Div. of Corrections
and N.B.C.I., for the best protection of and for the M.S.T.
of A. specifically in and at Md. Div. of Corrections and
N.B.C.I., and for the best protection of all Moors, Moorish
Nationals, Moorish-Americans, Moorish Moroccans, and
all "Faithful" members/citizens of and for the M.S.T. of A.,
in and at Md. Div. of Corrections and N.B.C.I. SEE
Exhibit 3, page 2.



13 of 38

41) On June 23, 2025 I informed the A.R.P. Office; the A.C.C.; Case Manager Miller; the Warden and the managing official at N.B.C.I. via the "Division of Correction Request for Administrative Remedy" that in order for me to join or be a member of the M.S.T. of A. at N.B.C.I. specifically; that I "must proclaim" my "nationality" and "free national name" in accordance with the "mandatory requirements" of the M.S.T. of A. in and at Md. Div. of Corrections and N.B.C.I. SEE: Exhibit #3; Exhibit A; Exhibit B, ACTS 4, 6 and 7; Exhibit C, ACTS 6 and 7; Exhibit D, chp. 47 us 12-15; SEE also: R.L.U.I.P.A. 42 U.S.C.S. Sec. 2000cc-1(A)(1)(2).

42) I am a learned and conscientious member of the M.S.T. of A. in and at Md. Div. of Corrections and N.B.C.I. And as a learned and conscientious member of the M.S.T. of A. in and at Md. Div. of Corrections and N.B.C.I., I have a "duty" and "obligation" to "strictly preserve" the Holy and Divine Laws of Prophet Noble Drew Ali, the founder of the Institution of the M.S.T. of A. in and at Md. Div. of Corrections and N.B.C.I. SEE: Exhibit A, Exhibit B, ACTS 3, 4, 6 and 7; Exhibit C, ACTS 1-7; Exhibits D; Chp. 25; Chp. 45; Chp. 47 us 1-7, 9-17 and Chp. 48 us 4-11; And Exhibit E. SEE Also: R.L.U.I. P.A. 42 U.S.C.S. Sec 2000cc (A)(1)(A)(B); R.L.U.I. P.A. 42 U.S.C.S. Sec 2000 cc-1(A)(1)(2); R.L.U.I. P.A. 42 U.S.C.S. Sec 2000cc-2(A)(B); R.L.U.I. P.A. 42 U.S.C.S. Sec. 2000 cc-3 (A)(b)(e)(g); R.L.U.I. P.A. 42 U.S.C.S. Sec. 2000cc-4; SEE Also: the 1st and 14th Amendments of the U.S. Constitutions and the Arts. 2, and 36 of Md. Declarations of Rights.

14 of 38

43.) As a learned and conscientious member of the M.S.T. of A. in and at Md. Div. of Corrections and N.B.C.I., I have a "Inherit" and "Divine duty" to "teach" "Nationality" and "Divine Creed" in conjunctions with the "mandatory requirements" of Prophet Noble Drew Ali, the founder of the Uniting of the M.S.T. of A, in and at Md. Div. of Corrections and N.B.C.I. See Exhibit A, Exhibit B, ACTS 4, 6 and 7; Exhibit C, ACTS 1-7, Exhibits D, chp. 25, chp. 45, chp. 47 and chp. 48; Exhibit E. See also: R.L.U.I. P.A. 42 U.S.C.S. SEC. 2000cc-2000cc-5; the Art. 6 of the U.S. Constitution; the 1st and 14th Amendments of the U.S. Constitution; and Arts 2 and 36 of Md. Declaration of Rights

44.) If I can "practice" and "express" my religious beliefs in and at Md. Div. of Corrections and N.B.C.I; then "part" of "practicing" and "expressing" my religious beliefs in and at Md. Div. of Corrections and N.B.C.I. is the "teaching" of "Nationality" in conjunction with the Holy and Divine Laws of Prophet Noble Drew Ali, the founder of the Uniting of the M.S.T. of A. See, Exhibit A; Exhibit B, ACTS 4, 3, 4, 6 and 7; Exhibit C, ACTS 1-7; Exhibits D, chp. 25, chp. 45, Chp. 47 and Chp. 48; Exhibit E; 42 U.S.C.S. SEC. 2000cc-2000cc-5; 1st and 14th Amendments

45.) I can't teach "Nationality" in conjunction with the "mandatory requirements" of Prophet Noble Drew Ali, the founder of the Uniting of the M.S.T. of A, in and at Md. Div. of Corrections and N.B.C.I., etc.; if I myself have not "proclaimed" "my nationality" and "free National name" in conjunctions with the "mandatory

15 of 58

Requirements" of the Holy and Divine Laws of Prophet Noble Drew Ali, the founder of the Unitary of the M.S.T. of A. in and at Md. Div. of Corrections and N.B.C.I. See: Exhibit A; Exhibit B, ACTS 3,4,6 and 7; Exhibit C, ACTS 1-7; Exhibits D, chp. 25, chp. 45, chp. 47 and Chp. 48. See Also: 42 U.S.C.S. SEC 2000cc-2000cc-5; 1st and 14th Amendments, Arts. 3 and 6 of the U.S. Constitution; and Arts. 2 and 36 of Md. Declaration of Rights.

46) On January 7, 2015 I "proclaimed" my "Moorish Divine and Natural Free Name" (E) in and at Md. Div. of Corrections in conjunction with the Holy and Divine Laws and Mandatory Requirements of Prophet Noble Drew Ali, the founder of the Unitary of the M.S.T. of A. in and at Md. Div. of Correction and N.B.C.I. SEE: Exhibit A; Exhibit B, ACTS 3,4,6 and 7; Exhibit C ACTS 1-7; Exhibits D; chp. 25, chp. 45; chp. 47; and chp. 48; and Exhibit E; SEE ALSO: 42 U.S.C.S. SEC 2000cc-2000cc-5; Arts. 3 and 6 of the U.S. Constitution; the 1st and 14th Amendments of the United States Constitution and the Arts. 2 and 36 of Md. Const. Declaration of Rights.

47) On January 7, 2015 I not only proclaimed my "free National Name" (E) in accordance with with the mandatory requirements of the Holy and Divine Laws of Prophet Noble Drew Ali, the founder of the Unitary of the M.S.T. of A., but I was also recorded and identified on my virtual D.P.S.C.S. Identification) Card as "Michael Allen El." Therefore, from the first

16. of 38

day I entered Md. Div. of Corrections, I not only proclaimed my Moorish Divine and National free name (El), but I was also recognized and identified by Md. Div. of Corrections staff as "Michael Allen-El" on my D.P.S.C.S. Identification Card. Henceforth, the name "Michael Allen-El" should appear on every D.P.S.C.S. Identification Card issued to me throughout Md. Div. of Corrections.

45.) From April 15, 2015 through December 16, 2015, while in the custody of Md. Div. of Corrections and confined at W.C.I., I participated in the vocational program that was available to Incarcerated Individuals in and at Md. Div. of Corrections and W.C.I. and received several Certificates registered with the State of Maryland Department of Labor, Licensing and Regulation under the Appellation "Michael Allen-El." Therefore, from this perspective, no one in and at Md. Div. of Corrections and W.C.I. had a problem with recognizing and identifying me as "Michael Allen-El" from January 7, 2015 - December 16, 2015. See Exhibit E and Exhibits G, Certificates for Graphic Arts and Designs, registered with the State of Maryland Department of Labor, Licensing and Regulation, Registry #2016-1642.

46.) Further, from January 7, 2015 until at least December 16, 2015, someone with the Appellation "Michael Allen-El" existed within Md. Div. of Corrections and W.C.I. See Exhibit E and Exhibits G.

17 of 38

50.) The D.P.S.C.S. D.O.C. No. and STD# associated with "Michael Allen-El," from January 7, 2015 until at least December 16, 2015, is D.O.C.#434-266, STD#2330357. See. Exhibit E.

51.) Therefore, the D.P.S.C.S. D.O.C.# 434-266 and the D.P.S.C.S. S.T.D.#2330357 issued on January 7, 2015 should only be associated with "Michael Allen-El. This is because "Michael Allen-El," from January 7, 2015 until at least December 16, 2015, was the only one identified in and at Md. Div. of Correction and W.C.I. with D.P.S.C.S. D.O.C.# 434-266 and the D.P.S.C.S. S.T.D.#2330357. See. Exhibit E and Exhibits G.

52.) If I am not "Michael Allen-El," then who was issued the D.P.S.C.S. Identification Card with the D.P.S.C.S. D.O.C.#434-266 and the D.P.S.C.S. S.T.D.#2330357 on January 7, 2015? Is this an original D.P.S.C.S. Identification Card? Is this an "active" and "valid" D.P.S.C.S. Identification Card still? Is there anyone in Md. Div. of Correction who can deny that this is my D.P.S.C.S. Identification Card? See. Exhibit E.

53.) If I am not "Michael Allen-El," then who earned those aforementioned Certificates from April 15, 2015 until December 16, 2015? See. Exhibits G.

54.) Identifying me as "Michael Allen-El" at on my D.P.S.C.S. Identification Card did not interfere with the STATE's compelling interest to maintain prisons security and the need to locate and



18 of 58

identify Incarcerated Individuals within Md. Div. of Corrections. See Exhibit E and Exhibits G.

55.) My "nationality," according to my understanding of Prophet Noble Drew Ali's Holy and Divine Laws, the founder of the Uniting of the M.S.T. of A, is "Moorish Moroccan." I am a synthesis of these two unique histories and cultures.

56.) "Moorish" is my Divine and National name and is the highest form of human identification. It's not only my connections to the Moorish Nation here on the shores of North America, but it's also my connections to the lands, histories, cultures and heritage of my ancient forefathers, the ancient Moabites; the founders of the Holy City of Mecca and the founders and true possessors of the present Moroccan Empire via Prophet Noble Drew Ali and the M.S.T. of A. See: Exhibit A, Exhibit B, ACTS 6 to and 7; Exhibit C, ACTS 1-7; Exhibits D, Chp. 25, Chp. 45 vs 1-2, 4 and 5; Chp. 47 vs 6-7, 9-17 and Chp. 48 vs 4-11, and Exhibit E.

57.) "Moroccans" is my Divine and National descent name. It's my connection to the land, history, culture and heritage of my ancient forefathers, the ancient Moabites, Northwestern and Southwestern shores of Africa (Amexem) via Prophet Noble Drew Ali and the M.S.T. of A. See: Exhibit A, Exhibit B, ACTS 3,4,6 and 7; Exhibit C, ACTS 1-7; Exhibits D;

19 of 38

Chp. 25; Chp. 45 1-2, 4 and 5; Chp. 47 vs 6-7, 15-17 and chp. 48
vs 4-11 and Exhibit E.

58.) On June 23, 2025, I informed the A.R.C., the A.R.P.
Office; the Case Manager Miller, the Warden and the
managing Official that my "nationality" is "Moorish
Moroccan." SEE. Exhibit #3, page 3.

59.) From January 7, 2015 until present, while in the custody
of Md. Div. of Corrections, I've always "proclaimed" to be
"Michael Allen-El," A "Moorish Moroccan Amexemite Asiatic
Moslem" in accordance with the "mandatory require-
ments" of the Holy and Divine Laws of Prophet Noble
Drew Ali, the founder of the usurbry of the M.S.T.
of A. SEE. Exhibit A; Exhibit B, ACTS 3, 4, 6 and 7; Exhibit
C, ACTS 1-7; Exhibits D, Chp. 25; Chp. 45; Chp. 48 vs 2-7,
and 9-17; and Exhibit E; Exhibits G and Exhibit #3
pages 1-3. SEE Also: R.L.U.I.P.A. 42 U.S.C.S. SEC 2000cc-
2000cc-5, Acts 3 and 6; the 1st and 14th Amendments
of the U.S. Constitution and Arts. 2 and 36 of Md.
Constitution Declaration of Rights.

60.) There are NO NEGROES, Colored Folks, Black People or
Africans-Americans within the M.S.T. of A. in and
at Md. Div. of Correction and N.B.C.I. SEE. Exhibit
B, ACT 6; Exhibit C, ACT 6; Exhibits D, chp. 47 vs 9-11, and
15-17 and Chp. 48 vs 9-11. SEE Also: R.L.U.I.P.A. 42 U.S.C.S.
SEC 2000cc-2000cc-5; the 1st and 14th Amendments and
Arts. 2 and 36 of Md. Constitution Declaration of Rights.

20 of 58

61.) Further, according to the Holy and Divine Laws of Pro-
phet Noble Drew Ali, the founder of the Moorish Science
M.S.T. of A., the term Negro, Black, Colored and [African-
American], as they're applied to human beings, in and
at Md. Div. of Correction and N.B.C.I., are "SLAVE
NAMES." See: Exhibit B, ACT 6; Exhibit C, ACT 6; Exhibit D,
Chp. 47 vs 9-11, and 16-17, and Exhibit Chp. 48 vs 9-11. See also:
R.L.U.I.P.A. 42 U.S.C.3. Sec. 2000cc-2000cc-5; the 1st and
14th Amendments and Art. 2 and 36 of Md. Constitution
Declaration of Rights.

62.) According to the A.R.C. and the B.R.P. Office, I AM
"listed as Michael Allens, not Michael Allens-El," in the
Offender Case Management System (O.C.M.S.). See: Ex-
hibit #8, page 1. See also: Exhibit H, Excerpt of Warden's
Response, dated 7-14-25.

63.) According to official O.C.M.S. records, I am listed as
"Michael "James" Allens." See: Exhibits 2.

64.) According to official O.C.M.S. records, I am listed as a
member of the "Black" "Race." See: Exhibit 2-D.

65.) According to official O.C.M.S. records, "Michael "James"
Allens" is a "black" male and was committed to Md. Div. of
Correction January 7, 2025 under the D.P.S.C.S. D.O.C. # 484-
266 and D.P.S.C.S. S.I.D. # 2330551. See: Exhibit #2

66.) Contrary to the opinions of the A.R.C. and the A.R.P. Office,
"Michael Allens" is not the "Official name" listed in the

21 of 38

O.C.M.S., "Michael James Allen" is see Exhibits #2.

67.) "Michael Allen" and "Michael "James" Allen," according to O.C.M.S., is not and cannot be the same people. This is because "Michael "James" Allen" has no known Alias. So who is "Michael Allen"?

68.) According to D.P.S.C.S. Intelligence and Investigative Division Incident Report. I am "Michael Allen" a "Black" or "African-American" male. See Exhibit #4

69.) As I mentioned earlier, the terms "black" and "African-American," as they're applied to humans beings within Md. Div. of Correction and N.B.C.I., according to my "Moorish Divine and National Beliefs," are the names given to "slaves" by "slave holders." See Exhibit B, ACT 6; Exhibit C, ACT 6; and Exhibits D; chp.97 US 9-12, 15-17; See Also: 42 U.S.C.S. SEC.1000cc-1000cc-5; the 1st and 14th Amendment and Arts. 2 and 36 of Md. Constitution Declaration of Rights.

70.) If the name on my D.P.S.C.S. Identification Card is suppose to match the name on the O.C.M.S. data base, then "Michael James Allen" should have been the only name on the D.P.S.C.S. Identification Card issued to me on January 7, 2015. See Exhibit E. However, "Michael Allen-El," is the only name on my D.P.S.C.S. Identification Card. See Exhibit E.

71.) This is because I wrote my name as "Michael Allen-El,"

22 of 58

And I say my name like this "Michael Allen-El," And
I spell my name like this "Michael Allen-El." This
is why "Michael Allen-El" is as my D.P.S.C.S. Identifi-
cation Card And not "Michael James Allen," or "Michael
Allen" on January 7, 2015. See: Exhibit E.

72.) Identifying me as "Michael James Allen" or "Michael
Allen" in the Official O.C.M.S. data base And on my
D.P.S.C.S. Identification Card, instead "Michael
Allen-El" is not the least restrictive means of further-
ing a compelled prisons interest in maintaining prison
security and identifying I.I. in and at Md. Div. of
Correction and N.B.C.I. without placing a "substan-
tial Burden" on my Religious beliefs. This is true
because From January 7, 2015 until at least Dec.
16, 2015, I was identified and recognized as
"Michael Allen-El" And it did not pose a threat
to prison security in and at Md. Div. of Cor-
rection. Further, no one in Md. Div. of Correction
and W.C.I. had a problem with identifying and
recognizing me as "Michael Allen-El" from January
7, 2015 until at least Dec. 16, 2015, See: Exhibit E
and Exhibits E. See Also: 42 U.S.C.S. sec. 2000cc-2000cc-5,
the 1st and 14th Amendments of the U.S. Constitution
and Arts. 2 and 36 of Md. Constitution Declaration
of Rights.

73.) Further, I.I. are primarily identified by their
D.P.S.C.S D.O.C# and their D.P.S.C.S. S.I.D# These
two numbers does not change once they're given

23 of 38

to an I.I., unless they finish their SENTENCE and
come back on another SENTENCE.

74) Therefore, the D.P.S.C.S. D.O.C. #454266 and the D.P.
S.C.S. S.I.D. #2350551 will follow me throughout Md.
Div. of Corrections during my current incarceration. And
no one will have a problem with locating me within and
throughout Md. Div. of Correction) because my D.P.S.C.S.
D.O.C. #454266 and my D.P.S.C.S. S.I.D. #2350551 does not
change.

75) However, the name on my D.P.S.C.S. Identifications Card
has been changed 3 times since January 7, 2015 until
present. I went from "Michael Allen-El" on January 7, 2015
to "Michael James Allen" on December 17, 2017, to "Michael
Allen" on December 18, 2024.

76.) On July 14, 2025 the A.R.C., the A.R.P. Office, Case
Manager Miller, the Warden and Managing Official
at N.B.C.I. said that I need a "court order" and
"documentation" showing that "I legally changed
my name." See, Exhibit #3 and Exhibit 4.

77.) For the record, according to official O.C.M.S. records,
"Michael James Allen" and "Michael Allen" are not the
same people and the A.R.C., the A.R.P. Office, Case
Manager Miller, the Warden and the Managing Official
at N.B.C.I. All know that "Michael James Allen" and
"Michael Allen" is not the same person. See: Exhibit #5
and Exhibit #4.

24 of 38

78.) Classifying me as a member of the "black" and/or "African-American" "race" in the O.C.M.S. data base is not the "least restrictive means of furthering a compelling state interest in maintaining prison security and helping to identify I.I. in and at Md. Div. of Correction without placing a "substantial burden" to on my religious beliefs. This is because, again, in and at Md. Div. of Correction and N.B.C.I. I.I. are primarily identified by their D.P.S.C.S. D.O.C. #" and their D.P.S.C.S. S.I.D." #, not by their "race."

79.) Identifying myself, therefore, as "Michael Allen El" "A Moorish Moroccan Amexemite Asiatic Moslem" in and at Md. Div. of Correction and N.B.C.I. is not only part of the way I practice and express my religious belief in and at Md. Div. of Correction and N.B.C.I., but is also part of the way I "strictly preserve" the Holy and Divine Laws of Prophet Noble Drew El, the founder of the Unity of the M.S.T. of A. in and at Md. Div. of Correction and N.B.C.I., by "strictly" keeping in line with the "mandatory requirements" of Prophet Noble Drew Ali, the founder of the Unity of the M.S.T. of A. in and at Md. Div. of Correction and N.B.C.I.

80.) On July 9, 2025, I saw Case Manager Miller on B tier in #1 at N.B.C.I. at approx. 7:00 Am - 10:00 AM. I asked him did he figure out the issue with my name in the A.R.P. I filed on June 18, 2025 and he said yes. I asked Case Manager Miller what he believed my name is and he

25 of 58

Responded confidestly, "you're Allen-El."

## V. EXHAUSTION OF LEGAL REMEDIES

81.) Plaintiff Allen-El used the prisoner grievance procedure available at N.B.C.I. to try and solve the problem. On June 18, 2625 Plaintiff Allen-El presented the facts relating to this complaint. On July 14, 2025, I recieved a response saying that my grievance had been dismissed because it was believed to be without administrative merit.

## VI. LEGAL CLAIMS

82.) Plaintiff realliege and incorporate by reference paragraphs 1-82.

83.) Defendant Case Manager Miller deprived me of my rights to practice and express my religious beliefs and political views in and at Md. Div. of Corrections and N.B.C.I. when claimed that Plaintiff was not "Michael Allen-El" a "Moorish Moroccan Amexemite Asiatic Moslem." Defendant Case Manager Miller's action violated Plaintiff Allen-El's rights under Title 42 U.S.C.S., SEC 2000cc-2000cc-5; Arts. 3 and 6 of the U.S. Constitutions; the 1st, 8th and 14th Amendments to the U.S. Constitution; Art. 16 of the Treaty of Peace and Friendship Between Morocco and the United States 1787, Arts 2 and 36 of Md Constitution Declaration of Rights, And caused Plaintiff Allen-El pain, suffering, physical and psycho-

26 of 38

logical injury; mental, emotional and spiritual distress.

84.) Defendant Case Manager Miller deprived me of my right Moorish Divine and National Birthrights and Heritage under the Holy and Divine Laws of Prophet Noble Drew Ali, the founder of the uprising of the M.S.T. of A. when he claimed I was "Michael James Allen," or "Michael Allen," a "Black" and/or "African-American" male, despite my religious objections. Defendant Case Manager Miller's actions violated Plaintiff Allen-El's rights under Title 42 U.S.C.S., Sec. 2000cc-2000cc-5; Exhibit A, Exhibit B, Exhibit C, Exhibit D; Arts. 3 and 6 of the United States Constitution; Act. 16 of the Treaty of Peace and Friendship Between Morocco and the U.S. since 1787; and Arts. 2 and 36 of Md. Constitutional Declaration of Rights, and caused Plaintiff Allen-El pain, suffering, physical and psychological injury; mental, Emotional and spiritual distress.

85.) Defendant Case Manager Miller obstructed the A.R.C. and the A.R.P. office at N.B.C.I. in their official duties by withholding material facts and evidence from the A.R.C. and the A.R.P. office at N.B.C.I. that would have proven that I was "Michael Allen-El," a "Moorish Moroccan Amexemite Asiatic Moslem." Defendant Case Manager Miller's actions violated Plaintiff Allen-El's rights under Title 42 U.S.C.S., Sec. 2000cc-2000cc5; Exhibit A, Exhibit B, Exhibit C, Exhibits D; Arts. 3 and 6 of the U.S. Constitution; Act. 16 of the Treaty of Peace and Friendship Between Morocco and the U.S. since

27 of 38.

It 87, the 1st, 8th and 14th Amendments of the U.S. Consti-
tutions, and Arts. 2 and 36 of Md. Constitutional And Dec-
laration of Rights, and caused Plaintiff Allen-El pain,
suffering, physical and psychological injury; mental,
emotional and spiritual distress.

86.) Defendant Case Manager Miller knowingly, willingly
and intentionally falsified the facts of his investigative
report to the A.R.C. and A.R.P. Office because he
openly admitted to me in front of my cell mate that
he did not understand the "nature" of my complaint
and why the A.R.C. And the A.R.P. Office sent it to
him to begin with. Defendant Case Manager Miller's
actions violated Plaintiff Allen-El's rights under
Title 42 U.S.C.S, sec. 2000cc-2000cc-5; Exhibit A, Ex-
hibit B, Exhibit C, Exhibits D; Arts. 5 and 6 of the
U.S. Constitutions; Art. 16, Treaty of Peace And Friend-
ship Between Morocco and the U.S., the 1st, 8th and
14th Amendments to the U.S. Constitution, And Arts.
2 and 36 of Md. Constitutions Declaration of Rights,
And caused Plaintiff Allen-El pain, suffering, physical
and psychological injury; mental, Emotional and spi-
ritual distress.

87.) Defendant Case Manager Miller used and continues
to use the names "Michael James Allen" And "Michael
Allen" as a means to identify me in and at Md.
Div. of Correction and N.B.C.I., despite my religious
And political objections. Defendant Case Manager Miller's
actions violated Plaintiff Allen-El's rights under Title

28 of 38

42 U.S.C.S., SEC 2000cc-2000cc-5; Exhibit A, Exhibit B, Exhibit C, Exhibits D; Arts. 3 and 6 of the U.S. Constitutions, Art. 16, Treaty of Peace and Friendship Between Morocco and the United States; the 1st, 5th and 14th Amendments to the U.S. Constitution; and Arts. 2 and 36 of Md. Constitutions Declaration of Rights, and caused Plaintiff Allen-El pain, suffering, physical and psychological injury; mental, emotional and spiritual distress.

88.) Defendant Case Manager Miller used and continues to use the "racial" terms "Black" and/or "African-American" in the official O.C.M.S. Data base to classify and "racially" identify me in and at Md. Div. of Corrections and N.B.C.I. despite my religious and political objections. Defendant Case Manager Miller's actions violated Plaintiff Allen-El's rights under Title 42 U.S.C.S., SEC 2000cc-2000cc-5; Exhibit A, Exhibit B, Exhibit C, Exhibits D; Arts. 3 and 36 of the U.S. Constitution; Art. 16, Treaty of Peace and Friendship Between Morocco and U.S. Since 1787; the 1st, 5th and 14th Amendments to the U.S. Constitution; and Arts. 2 and 36 of Md. Constitution Declaration of Rights, and caused Plaintiff Allen-El pain, suffering, physical and psychological injury, mental, emotional and spiritual distress.

89.) Defendant Case Manager Miller refused and continues to refuse to recognize and identify Plaintiff Allen-El in the official O.C.M.S. records and Data

27 of 38

BASE AS "Michael Allens-El" in light of Marshall Allens-El's
Religious belief and political views, obstructing Plaintiff Allens-El
in the "free exercise" of his Religious belief and political
views in and at Md. Div. of Corrections and N.B.C.I.
Defendant Case Manager Miller action violated Plaintiff
Allens-El's rights under Title 42 U.S.C.S., Sec. 2000cc-
2000cc-5; Exhibit A, Exhibit B, Exhibit C, Exhibits D; Arts.
3 and 6 of the U.S. Constitutions; Arts 16 of Treaty of
Peace and Friendship Between Morocco and U.S. Since
1787; the 1st, 8th and 14th Amendments to the U.S. Con-
stitution, and Arts 2 and 36 of Md. Constitutional
Declaration of Rights, and caused Plaintiff Allens-El
pain, suffering, physical and psychological injury; men-
tal, emotional and spiritual distress.

90.) Defendant Case Manager Miller refused and Con-
tinues to refuse to recognize and identify plaintiff
Allens-El in the Official O.C.M.S. records and Data
Base by his "nationality" "Moorish Moroccan," & in
light of Plaintiff Allens-El's religious beliefs and
political views, obstructing Plaintiff Allens-El in the
"free exercise" of his religious beliefs and political views in
and at Md. Div. of Corrections and N.B.C.I. Defendant
Case Manager Miller's action violated Plaintiff Allens-El's
rights under Title 42 U.S.C.S., Sec. 2000cc-2000cc5; Ex-
hibit A; Exhibit B, Exhibit C, Exhibits D; Arts. 3 and 6
of the U.S. Constitutions; Art. 16 of the Treaty of Peace
and Friendship Between Morocco and the U.S. since
1787; the 1st, 8th and 14th Amendments to the U.S.
Constitution and Arts. 2 and 36 of Md. Constitution



30 of 38

Declaration of Rights, and caused Plaintiff Allen-El pain, suffering, physical and psychological injury; mental, emotional and spiritual distress.

91.) Defendant Case Manager Miller placed and continues to place a "Substantial Burden" on Plaintiff Allen-El's religious beliefs and political views in and at Md. Div. of Correction and N.B.C.I. by keeping Plaintiff Allen-El documented in the Official O.C.M.S. records and data base as "Michael James Allen" and/or "Michael Allen" despite his political and religious objections, and obstructing Plaintiff Allen-El in the "Free Exercise" of his religious beliefs and political views in and at Md. Div. of Correction and N.B.C.I. Defendant Case Manager Miller's action violates Plaintiff Allen-El's rights under Title 42 U.S.C.S, Sec. 2000cc-2000cc-5; Exhibit A; Exhibit B, Exhibit C, Exhibits D; Arts. 5 and 6 of the U.S. Constitutions; Arts 16, Treaty of Peace and Friendship Between Morocco and the U.S., since 1787; the 1st, 8th and 14th Amendments of the United States Constitution and Arts. 2 and 56 of Md. Constitution Declaration of Rights, and caused Plaintiff Allen-El pain, suffering, physical and psychological injury, mental, emotional and spiritual distress.

92.) Defendant Case Manager Miller placed and continued to place a "Substantial Burden" on Plaintiff Allen-El's religious beliefs and political views in and at Md. Div. of Correction and N.B.C.I. by keeping Plaintiff Allen-El documented and classified in the Official O.C.M.S.



RECORDS and DATA BASE AS A "MEMBER" of the "BLACK"
and/or "AFRICAN-AMERICAN" "RACE" despite his Religious
belief and political beliefs; obstructing Plaintiff
Allen-El in the "FREE EXERCISE" of his religious beliefs
and political views in and at Md. Div. of Correction
and N.B.C.I. Defendant Case Manager Miller's Actions
violated Plaintiff Allen-El's Rights under TITLE 42
U.S.C.S., Sec. 2000cc-2000cc-5; Exhibit A, Exhibit B,
Exhibit C, Exhibits D; Arts. 5 and 6 of the U.S.
Constitution, Art. 16, TREATY of PEACE and FRIEND-
ship BETWEEN MOROCCO and the U.S. since 1787;
the 1st, 8th and 14th Amendments to the U.S.
Constitution and Arts. 2 and 36 of Md. Constitu-
tion Declaration of Rights, and CAUSED Plaintiff
Allen-El pain, suffering, physical and psychological
injury, mental, emotional and spiritual dis-
tress.

93.) Defendant CASE MANAGER Miller showed gross negli-
gence and careless indifference to my legal rights and
claim as "Michael Allen-El," a "Moorish Moroccan Americante
Asiatic Moslem," a "Faithful" member/citizen of and for the
M.S.T. of A. in and at Md. Div. of Corrections and N.B.C.I.
when he said to my face in front of my cell mate that
I was "Allen-El," but on Official O.C.M.S. Records classifies
and documents me as "Michael James Allen" or "Micha-
el Allen" a member of the "black" and/or "African-
American" "RACE." Defendant CASE Manager Miller's
Actions violated Plaintiff Allen-El's Rights under TITLE 42

32 of 38

U.S.C.S, SEC 2000cc-2000cc-5; Exhibit A, Exhibit B, Exhibit C, Exhibits D; Arts. 3 and 6 of the U.S. Constitution; Art. 16, Treaty of Peace and Friendship Between Morocco and the U.S. since 1787; the 1st, 8th and 14th Amendments to the U.S. Constitution and Arts. 2 and 36 of Md. Constitution Declaration of Rights, and caused Plaintiff Allen-El pain, suffering, physical and psychological injury; mental, emotional and spiritual distress.

99) Defendant Case Manager Miller caused prejudice to my Administrative rights and claim with the A.R.P. Office and R.L.C. when he addressed and acknowledged him to his face as Brother of a witness as "Allen-El", but officially documented and identified him as "Michael James Allen" or "Michael Allen" despite knowledge of his Religious and political objections. Defendant Case Manager Miller's actions violated Plaintiff Allen-El's rights under Title 42 U.S.C.S., SEC 2000cc-2000cc-5; Exhibit A, Exhibit B, Exhibit C, Exhibits D; Arts. 3 and 6 of the U.S. Constitution; Art. 16, Treaty of Peace and Friendship Between Morocco and the U.S. since 1787; the 1st, 8th and 14th Amendments to the U.S. Constitution and Arts. 2 and 36 of Md. Constitution Declaration of Rights, and caused Plaintiff Allen-El pain, suffering, physical and psychological injury; mental, emotional and spiritual distress.

95) Defendant Case Manager Miller caused prejudice to Plaintiff Allen-El's Administrative rights and claim with the A.R.P. Office and the A.R.C. when he officially docu-

33 of 58

nested and classified Plaintiff Allen-El as a member of the "black" and/or "African-American" "race" despite knowledge of Plaintiff Allen-El's religious beliefs and political views. Defendant Case Manager Miller's actions violated Plaintiff Allen-El's rights under Title 42 U.S.C.S., Sec. 2000cc-2000cc-25; Exhibit A, Exhibit B, Exhibit C, Exhibit D; Arts. 3 and 6 of the U.S. Constitution); Art. 16, Treaty of Peace and Friendship Between Morocco and the U.S. since 1787; the 1st, 8th and 14th Amendments to the Constitution of the U.S., and Arts. 2 and 36 of Md. Constitution Declaration of Rights, and caused Plaintiff Allen-El pain, suffering, physical and psychological injury, mental, emotional and spiritual distress.

96.) Defendant Case Manager Miller caused prejudice to Plaintiff Allen-El's Administrative rights and claim with the A.R.P. Office and the A.R.C. when he refused to officially document and classify him by his "nationality" "Moorish Moroccan" in light of his religious beliefs and political views in the Official O.C.M.S. records and database. Defendant Case Manager Miller's actions violated Plaintiff Allen-El's rights under Title 42 U.S.C.S., Sec. 2000cc-2000cc5; Exhibit A, Exhibit B, Exhibit C, Exhibit D; Arts. 3 and 6 of the U.S. Constitution; Art. 16, Treaty of Peace and Friendship Between Morocco and the U.S. since 1787; the 1st, 8th and 14th Amendments to the U.S. Constitution and Arts. 2 and 36 of Md. Constitution Declaration of Rights, and caused Plaintiff Allen-El pain, suffering,

34 of 38

physical and psychological injury, mental, Emotional and
spiritual distress.

97) Defendant S. Arnold conspired with Case Manager
Miller to deprive me of my Right to practice and Ex-
press my religious beliefs and political views in and
at Md. @ Div. of Correction and N.B.C.I. when he
agreed with Case Manager Miller "Alledge findings" of
Plaintiff Allen-El being "Michael James Allen" or "Michael
Allen" A "black" and/or "African-American" male despite
knowledge of Plaintiff Allen-El's religious beliefs and
political views. Despite Defendant S. Arnold's action
violated Plaintiff Allen-El's rights under Title 42 U.S.C.S.,
sec. 2000cc-2000cc-5; Exhibit A; Exhibit B; Exhibit C; Ex-
hibits D; Title 18 U.S.CS., sec. 241 and sec. 242, and sec. 1028A;
Arts 3 and 6 of U.S. Constitution; Art. 16, Treaty of
Peace and Friendship Between Morocco and the U.S.
since 1787; the 1st, 8th and 14th Amendments to the
U.S. Constitution and Arts. 2 and 36 of Md. Consti-
tution Declaration of Rights, and caused Plaintiff
Allen-El pain, suffering, physical and psychological injury,
mental, Emotional and spiritual distress.

98.) Plaintiff Allen-El has no plain, adequate or complete Remedy
at law to Redress the wrongs described herein. Plaintiff
has been and will continue to be irreparably injured by
the conduct of the defendants unless this Courts grants
the declaratory and injunctive Relief which plaintiff
seeks.

35 of 38

## VII. PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully pray that this Court Enter judgment:

99.) Granting Plaintiff Allen-El a declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States.

100) A preliminary and permanent injunction ordering defendants Miller and Arnold to cease documenting, classifying, addressing, saying, claiming and identifying Plaintiff Allen-El us and at Md. Div. of Correction, N.B. C.I. and is the official O.C.M.S record and data base as "Michael James Allen" "Michael Allen" as a "Black" and/or "African-American; and

101) A preliminary and permanent injunction ordering defendants Miller and Arnold to start documenting, classifying, addressing, saying, claiming and identifying Plaintiff Allen-El is and at Md. Div. of Correction, N.B.C.I. and in the Official O.C.M.S. records and data base as "Michael Allen-El" a "Moorish Moroccan;" And.

102) Granting Plaintiff Allen-El compensatory damages in the amount of "the maximum" against each defendant, jointly and severally.

103) Plaintiff Allen-El seeks punitive damages in the "maxi-

36 of 38

mum" amount against each defendant, jointly and severally.

104) Plaintiff Allen-El also seek a jury trial on all issues triable by jury;

105) Plaintiff Allen-El also seek recovery of their costs in this suit, and

106) Any additional relief this Court deems just, proper, and equitable.

Dated: 7-22-25

Respectfully submitted,
S.G.S. Michael Allen-El,
Under protest, U.C.C. 1-308 / 1-207
c/o # 454-216 / 2550557
N.B.C.I.
14100 McMullen Highway, S.W.
Cumberland, Maryland [21502]
-Non-Domestic / Non-Residential-

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of

37 of 38

perjury that the foregoing is true and correct.

Executed at Cumberland, Maryland on July 22, 2025

Supreme Grand Sheik,
Michael Ali-El,
Supreme Grand Sheik
Michael Ali-El.

38 of 38